No. 79–851.  CLAUSER v. ILLINOIS.  App. Ct. Ill., 3d Dist.
Certiorari denied.

No. 79–1123.  NEVILLE v. CAVANAUGH, STATE'S ATTORNEY,
ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 79–1130.  THEVIS ET AL. v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.

No. 79–1139.  CITY OF NEW YORK ET AL. v. DEPIETRO.
C. A. 2d Cir.  Certiorari denied.

No. 79–1148.  SPARKS v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 79–1183.  SIMA PRODUCTS CORP. ET AL. v. McLUCAS,
ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION.  C. A.
7th Cir.  Certiorari denied.

No. 79–1188.  CLEMENTE v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 79–1202.  PARKER v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 79–1204.  NOLICHUCKEY SAND CO., INC. v. MARSHALL,
SECRETARY OF LABOR.  C. A. 6th Cir.  Certiorari denied.

No. 79–1205.  WIREMAN v. DISCIPLINARY COMMISSION.
Sup. Ct. Ind.  Certiorari denied.

No. 79–1220.  GARCIA v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 79–1229.  KLAUBER v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.